AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Jeffery Cox,<br>*Plaintiff*<br>v.<br>Board of County Commissioners<br>of Franklin County, Ohio,<br>*Defendant* | )<br>)<br>)   Civil Action No.   2:18-cv-1631<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

Judgment for plaintiff as to Count Eight, item 10; defendant shall adopt the proposed revision to its Storm Water Management Program as ordered in the Court's July 1, 2021 Order.

Judgment for defendant on Counts One, Two, Three, Four, Five, Six, Seven, the remainder of Eight (items 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, and 13), Nine, and Ten.

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   July, 1, 2021                                                             *CLERK OF COURT*

                                                                                                 s/Denise M. Shane
                                                                                        *Signature of Clerk or Deputy Clerk*